# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

                Plaintiff,        FILED UNDER SEAL

       v.                          CASE NO. 6:21-cr-10065-JWB

**JEFFREY A. MILLER,**
  a/k/a Jeffery A. Miller,
  a/k/a JJ Miller,

                Defendant.

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**[18 U.S.C. § 922(g)(1)]**

On or about March 24, 2021, in the District of Kansas, the defendant,

**JEFFREY A. MILLER,**
**a/k/a Jeffery A. Miller,**
**a/k/a JJ Miller,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger, model LCR, .38

Special + P caliber revolver, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including, but not limited to:

    A.    a Ruger, model LCR, .38 Special + P caliber revolver; and
    B.    ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c).

                      A TRUE BILL.

September 8, 2021                s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

## Count 1 [Prohibited Person in Possession of a Firearm or Ammunition]

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture of the firearm and ammunition.