# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      CASE NO. 6:21-cr-10065-JWB-1

**JEFFREY A. MILLER,**
  a/k/a Jeffery A. Miller,
  a/k/a JJ Miller,

      **Defendant.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**[18 U.S.C. § 922(g)(1)]**

On or about March 24, 2021, in the District of Kansas, the defendant,

**JEFFREY A. MILLER,**
**a/k/a Jeffery A. Miller,**
**a/k/a JJ Miller,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger, model LCR, .38

1

Special + P caliber revolver, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about March 24, 2021, in the District of Kansas, the defendant,

**JEFFREY A. MILLER,**
**a/k/a Jeffery A. Miller,**
**a/k/a JJ Miller,**

did knowingly possess a firearm, that is, a Ruger, model LCR, .38 Special + P caliber revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of a controlled substance with the intent to distribute and attempted distribution of a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
### [21 U.S.C. § 841(a)(1)]

On or about March 24, 2021, in the District of Kansas, the defendant,

**JEFFREY A. MILLER,**
**a/k/a Jeffery A. Miller,**
**a/k/a JJ Miller,**

knowingly and intentionally possessed with intent to distribute 50 grams and more of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about March 24, 2021, in the District of Kansas, the defendant,

**JEFFREY A. MILLER,**
**a/k/a Jeffery A. Miller,**
**a/k/a JJ Miller,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including, but not limited to:

    A.    a Ruger, model LCR, .38 Special + P caliber revolver; and
    B.    ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c).

A TRUE BILL.

October 5, 2021        s/Foreperson
DATE        FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

---

## PENALTIES

### Count 1 [Prohibited Person in Possession of a Firearm or Ammunition]

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture of the firearm and ammunition.

### Count 2 [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.  18 U.S.C. § 924(c)(1)(A)(i).  This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.  18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture of the firearm and ammunition.

**Count 3 [Possession with Intent to Distribute Methamphetamine]**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 4 [Possession with Intent to Distribute Marijuana]**

- Punishable by a term of imprisonment of not more than five (5) years. 21 U.S.C. § 841(b)(1)(D).

- A term of supervised release of at least two (2) years. 21 U.S.C. § 841(b)(1)(D).

- A fine not to exceed $250,000.00. 21 U.S.C. § 841(b)(1)(D).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than ten (10) years.  21 U.S.C. § 841(b)(1)(D).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(D).

- A fine not to exceed $500,000.00.  21 U.S.C. § 841(b)(1)(D).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.