AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEFFREY A. MILLER, A/K/A JEFFERY A. MILLER, A/K/A JJ MILLER | ) ) ) | Case No. 6:21-cr-10065-JWB |
| Defendant | ) | |

**FILED**
U.S. District Court
District of Kansas

OCT 0 6 2021

Clerk, U.S. District Court
By _____ Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JEFFREY A. MILLER, A/K/A JEFFERY A. MILLER, A/K/A JJ MILLER                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm.  See attached indictment for additional charges.

Date: 09/09/2021

City and state:   Wichita, Kansas

s/ Sarah M. Zepick
*Issuing officer's signature*

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* 9/9/21 , and the person was arrested on *(date)* 10/3/21 |
|---|
| at *(city and state)* Wichita, KS . |

Date: 10/6/21

_____
Arresting officer's signature

Kyle Perry - DUSM
*Printed name and title*