IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-10065-JWB ) |
| JEFFREY MILLER, | ) ) ) |
| Defendant. | ) ) |

## UNITED STATES' MOTION FOR A FINAL ORDER OF FORFEITURE

COMES NOW the United States of America, by and through its counsel, Duston J. Slinkard, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves this Court for a Final Order of Forfeiture and in support thereof advises the Court:

1. The United States hereby incorporates by reference, as though fully set forth herein, all its averments contained in its Motion for Preliminary Forfeiture Order filed on April 14, 2022 (Doc. 29).

2. On April 15, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 30) that forfeited to the United States the following property, subject to third party claims:

    A. Ruger, model LCR, .38 Special +P caliber revolver, SN: 545-17606; and

    B. Ammunition.

3. Pursuant to Federal R.Crim.Pro. 32.2, third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

1

4.	The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 22, 2022, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 33).

5.	On June 24, 2022, the United States Marshals Service sent a copy of the Preliminary Order of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to M. Washburn.   According to the certified receipt, it was received on May10, 2022.   (Doc. 35).

6.	The Notice of Forfeiture advised that any person asserting a legal interest in the property identified in paragraph 2 above may, within thirty days of the final publication of notice or receipt of actual notice, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

7.	No claims or petitions have been filed or any interest asserted in the subject property.   Therefore, any third-party interests are barred by such failure.   Accordingly, the United States seeks a final order of forfeiture.

WHEREFORE, the United States respectfully moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all persons and vesting full right, title and interest to the property in the United States, and directing the United States Marshals Service to dispose of the property according to law.

Respectfully Submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316)269-6484
KS. S. Ct. #11602
annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on September 19, 2022, the foregoing motion was filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
